IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL NEGRON,

    Plaintiff,

v.

BONNIE L. ALT, et al.

    Defendants.

ORDER

Case No. 23-cv-445-wmc

On September 1, 2023, this court entered an order directing plaintiff Paul Negron to submit by September 25, 2023 an initial partial payment of the filing fee in the amount of $109.10. Now plaintiff has filed a motion to use release account funds to pay the entire fee for filing this case. However, with the exception of initial partial payments, federal courts lack the authority to tell state officials whether and to what extent a prisoner should be able to withdraw money from a release account. Therefore, plaintiff cannot use the release account funds to pay the entire balance of the $350.00 filing fee.

The only amount plaintiff must pay at this time is the $109.10 initial partial payment. Before officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes.

Since the court has not yet received plaintiff's $109.10 initial partial payment and the deadline is September 25, 2023, the court will provide plaintiff with an enlargement of time until October 23, 2023 to pay the initial partial payment.

1

ORDER

IT IS ORDERED that,

1. Plaintiff Paul Negron's motion for use of release account funds to pay the entire filing fee in this case is DENIED.

2. Plaintiff may have until October 23, 2023, to submit a check or money order made payable to the clerk of court in the amount of $109.10. If plaintiff complies with this deadline, plaintiff's case will be reopened and screened on the merits pursuant to 28 U.S.C. § 1915(e)(2). Otherwise, this case will remain closed.

Entered this 22nd day of September, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge